# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Mike DiGiulio | |
| Leah M. Seliger | |

December 9, 2022

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Haynes v. EIA Electric Inc.*,
                 **No. 22-cv-8645 (RA)**

Dear Judge Abrams,

    We represent Plaintiffs Akeem Haynes, Irakli Bajunaishvili, Nkosi Doyle, and Jason Pascall in the above-captioned matter. We write to respectfully request an adjournment of the initial conference that was rescheduled to this afternoon at 4:30 p.m. The reason for this request is that the offices of our firm close at 4:00 p.m. on Fridays in the winter for observance of the Jewish sabbath. Defendants consent to this request.

    Counsel have conferred and are both available next week on December 14 any time after 2:30 p.m. or December 15 any time after 2:30 p.m.

    We thank the Court for its consideration and attention to this matter.

                                                                Respectfully submitted,

Application granted.  The initial conference         /s/Lucas C. Buzzard
is hereby adjourned to December 15, 2022            Lucas C. Buzzard
at 4:30 p.m., on the same telephone
conference line listed in the Court's
previous order issued today.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 9, 2022