David R. Ehrlich, Esq.
Stagg Wabnik Law Group LLP
*Attorneys for Defendant*
*David Engel*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
Tel.: (516) 812-4518

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| AKEEM HAYNES, JASON PASCALL, KNOSI DOYLE, and IRAKLI BAJUNAISHVILI, | Docket No.: 1:22-cv-08645-RA |
| Plaintiffs, | **APPEARANCE** |
| -against- | |
| EIA ELECTRIC, INC., MATTHEW ORENT, DAVID ENGEL, and GEORGE ENGEL, | |
| Defendants. | |

--------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for: Defendant David Engel.

| | |
|---|---|
| January 11, 2023 | /s/David R. Ehrlich |
| Date | Signature |
| de-9786 | David R. Ehrlich |
| New York Federal Bar Number | Print Clearly or Type Name |
| (516) 812-4518 | 401 Franklin Avenue, Suite 300 |
| Telephone Number | Garden City, New York 11530 |
| | Address |
| (516) 812-4618 | |
| Fax Number | |
| dehrlich@staggwabnik.com | |
| E-mail Address | |