David R. Ehrlich, Esq.
Stagg Wabnik Law Group LLP
*Attorneys for Defendants*
*George Engel and Matthew Orent*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
Tel.: (516) 812-4518

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AKEEM HAYNES, JASON PASCALL,          Docket No.: 1:22-cv-08645-RA
KNOSI DOYLE, and IRAKLI
BAJUNAISHVILI,

        Plaintiffs,                **APPEARANCE**

    -against-

EIA ELECTRIC, INC., MATTHEW
ORENT, DAVID ENGEL, and
GEORGE ENGEL,

        Defendants.
-------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for: Defendants George Engel and Matthew Orent.

| January 12, 2023 | /s/David R. Ehrlich |
|---|---|
| Date | Signature |
| de-9786 | David R. Ehrlich |
| New York Federal Bar Number | Print Clearly or Type Name |
| (516) 812-4518 | 401 Franklin Avenue, Suite 300 |
| Telephone Number | Garden City, New York 11530 |
| | Address |
| (516) 812-4618 | |
| Fax Number | |

dehrlich@staggwabnik.com
E-mail Address